IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KHALIL ABDUL HAKIM           :         CIVIL ACTION
                             :
         v.                  :
                             :
JAMES ANGELUCCI, et al.      :         NO. 02-4266

**O R D E R**

AND NOW, this        day of July, 2002, having considered plaintiff's motion to proceed in forma pauperis and his inmate trust fund account statement which shows a current balance of $232.10, with an average daily balance of $313.38, IT IS HEREBY ORDERED that plaintiff's motion to proceed in forma pauperis is DENIED for the reason that he has sufficient funds to pay the $150 filing fee to commence a civil action in this Court.

**BY THE COURT:**

**EDUARDO C. ROBRENO, J.**