### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KHALIL ABDUL HAKIM | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JAMES ANGELUCCI, <u>et</u> <u>al</u>. | : | NO. 02-4266 |

## O R D E R

**AND NOW**, this      day of July, 2002, upon consideration of plaintiff's "Pleading For Reconsideration Of Order Denying The Plaintiff Motion To Proceed In Forma Pauperis" (Document No. 3), **IT IS HEREBY ORDERED** that plaintiff's request for reconsideration is **DENIED** for the reasons stated in this Court's Order of July 3, 2002.


_____ **BY THE COURT:**



_____


                                                        **EDUARDO C.**
**ROBRENO, J.**